In re:                                                      Case No. 14-00207-MDF
Daniel J. Herman                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: MMchugh          Page 1 of 1          Date Rcvd: Sep 12, 2016
                           Form ID: fnldec         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2016.
db            +Daniel J. Herman,   3918 Kathyrn Jean Court,   Fairfax, VA 22033-2742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2016 at the address(es) listed below:
          Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          Joshua I Goldman    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Keith B DeArmond    on behalf of Debtor Daniel J. Herman general.dearmondlaw@gmail.com,
          G10924@notify.cincompass.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                           TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Daniel J. Herman
3918 Kathyrn Jean Court
Fairfax, VA 22033

Chapter 13
Case No. 1:14−bk−00207−MDF

 Last four digits of Social−Security, Individual
Taxpayer−Identification, Employer Tax−Identification No(s)(if
any):
xxx−xx−9696

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  September 12, 2016

By the Court,

Honorable Mary D. France
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk